UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| SCOTT LEROY WILSON,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT DOOLEY, Warden; and ATTORNEY GENERAL OF THE STATE OF SOUTH DAKOTA,<br><br>    Respondents. | 4:17-CV-04057-KES<br><br>ORDER FOR SERVICE |

Petitioner, Scott Leroy Wilson, an inmate at the Mike Durfee State Prison in Springfield, South Dakota, has filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Based upon the record,

IT IS ORDERED that:

(1) Petitioner's Motion to Proceed In Forma Pauperis (Doc. 2) is GRANTED. Petitioner shall pay the $5.00 filing fee to the clerk of court by June 1, 2017;

(2) the Clerk of Court is directed to serve upon the respondents and the Attorney General of the State of South Dakota a copy of the petition and this Order;

(3) respondents will file and serve a response to the petition within thirty (30) days after receipt of this Order.

DATED this 27th day of April, 2017.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge